**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1432**

AMOS ZEITH BENKA COKER,

        Petitioner,

     v.

MERRICK B. GARLAND, Attorney General,

        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  August 29, 2023                    Decided:  August 31, 2023

Before KING, AGEE, and BENJAMIN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Amos Zeith Benka Coker, Petitioner Pro Se.  Vanessa M. Otero, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amos Zeith Benka Coker, a native and citizen of Sierra Leone, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the immigration judge's decision on the ground that Coker waived his right to appeal. Upon review of the record, we agree with the Board's holding that Coker's administrative appellate waiver was knowing and intelligent and, thus, valid. Accordingly, we deny the petition for review, *see In re Coker* (B.I.A. Apr. 6, 2023), and deny Coker's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*